UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| LEE BLACKMAN, | Civil Action No. 1:20-cv-5539 |
| --- | --- |
| Plaintiff, | |
| v. | AFFIDAVIT OF SERVICE |
| CHASE BANK USA, N.A | |
| Defendants. | |

I, Jacqueline Seegobin, being duly sworn, depose and say, that I am not a party to the action, am over the age of 18 years and reside in Queens County, New York.

On <u>May 6, 2021</u>, I served the within, **Letter to Plaintiff Enclosing Order Regarding Extension of Time to File Amended Complaint** via Federal Express- Priority Overnight Mail, addressed to each of the following persons at the last known address set forth after each name:

Lee Blackman
*Plaintiff Pro-Se*
601 Park Place
Brooklyn, NY 11238

Dated: May 6, 2021
New York, New York

_____
Jacqueline Seegobin

Sworn to before me this 6th
Day of May, 2021

_____
Notary Public

KIM CHIN SATCHELL
Notary Public - State of New York
No 01SA6380605
Qualified in New York County
Expires September 17, 2022